JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

TRUNG VINH TRAN,

               Petitioner,

     v.

MARKWAYNE MULLIN, et al.,

               Respondents.

Case No. EDCV 26-0841-VBF (AS)

**JUDGMENT**

IT IS ADJUDGED THAT THE TRO APPLICATION AND THE HABEAS CORPUS PETITION ARE DENIED AS MOOT.  IT IS SO ADJUDGED.

DATE:  JUNE 10, 2026      _____

                                VALERIE BAKER FAIRBANK
                  SENIOR UNITED STATES DISTRICT JUDGE